# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| TREVER WAGNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV620-001 |
| | ) | |
| ADAMS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff, a prisoner at the Jenkins Correctional Facility, has submitted a 42 U.S.C. § 1983 Complaint alleging discrimination and failure to protect. Doc. 1. The Court previously granted his motion for leave to proceed *in forma paupers* (IFP). Doc. 3. He was directed to provide to a Court a Prisoner Trust Account Statement and a Consent to Collection of Fees from Trust Account form. Doc. 3 at 5. Plaintiff has provided only his Prisoner Trust Account Statement, doc. 4, but has not returned the Consent to Collection of Fees from Trust Account form.

The Court will grant plaintiff one additional opportunity to provide his Consent to Collection of Fees from Trust Account form. Plaintiff is **DIRECTED** to return the form within fourteen days of the date this

Order is served. The Clerk of Court is **DIRECTED** to serve along with a copy of this Order a copy of the Consent to Collection of Fees from Trust Account form. Failure to comply with this Order shall result in the recommendation of dismissal of plaintiff's case, without prejudice.

**SO ORDERED**, this 14th day of February, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA